

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00014-CV

**IN THE INTEREST OF M.J.H.**, Child

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2022PA01786
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Appellant is indigent. No costs are assessed.

SIGNED June 20, 2024.

_____
Patricia O. Alvarez, Justice